JOSEPH SAITCH, Respondent, *v.* ELMER W. KELLEY, Appellant.

*Saitch* v. *Kelley*, 162 App. Div. 928, affirmed.

(Submitted March 17, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 19, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. This appeal involves a contract of conditional sale of an automatic player piano. Plaintiff has recovered a judgment for the payment made on the contract, as provided in the Personal Property Law, owing to the failure of

the vendor — the appellant — to retain and sell the piano, as provided in said law, after a retaking by him.

*John J. McInerney* for appellant.

*Merle Lewis Sheffer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.